**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7688**

UNITED STATES OF AMERICA,

　　　　　　Plaintiff - Appellee,

　　　v.

DARRYL GLEN RILEY, a/k/a Kendu,

　　　　　　Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.　Henry E. Hudson, District Judge.　(3:98-cr-00101-HEH-1)

Submitted:　February 25, 2015　　　　　Decided:　March 2, 2015

Before NIEMEYER, KING, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darryl Glen Riley, Appellant Pro Se.　Michael Ronald Gill, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryl Glen Riley appeals the district court's order denying his motion for modification of sentence under 18 U.S.C. § 3582(c) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Riley, No. 3:98-cr-00101-HEH-1 (E.D. Va. Oct. 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED